

```
FILED & JUDGMENT ENTERED
     Steven T. Salata


     July 17 2017


 Clerk, U.S. Bankruptcy Court
Western District of North Carolina
```

_____
J. Craig Whitley
United States Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| **In re:** | |
| **REDF MARKETING, LLC,** | Chapter 11 |
| Debtor. | Case No: 12-32462 |
| **THE FINLEY GROUP, Liquidating Agent for REDF MARKETING, LLC,** | |
| Plaintiff, | |
| v. | |
| **WORKING MEDIA GROUP ATLANTA, LLC,** | Adversary Proceeding No.: 14-03145 |
| Defendant. | |

**ORDER IN AID OF ENFORCEMENT OF JUDGMENT**

This matter came before the Court on July 12th, 2017, upon the *ex parte* motion (the "Motion") of The Finley Group, LLC (the "Plaintiff"), as liquidating agent for RedF Marketing, LLC. The Motion seeks entry of an order in aid of the enforcement of this Court's prior judgement pursuant to 11 U.S.C. § 105, Rule 7069 of the Federal Rules of Bankruptcy Procedure, and N.C. Gen. Stat. §§ 1-358 and 1-359. Based upon the submissions of the Plaintiff,

MWH: 10116.003; 00017665.1

the Court finds and concludes that entry of this Order is in the best interests of the estate and all parties in interest.

**THEREFORE, IT IS ORDERED, ADJUDGED and DECREED that:**

1.  The Motion is granted;

2.  The United States Marshals Service (the "Marshal") is hereby authorized and directed to levy upon the assets of the Defendant as provided by law;

3.  The Marshal is further directed to deliver a copy of the Writ of Execution and this Order to Bank of America and Wells Fargo;

4.  Bank of America and Wells Fargo shall attach, restrain, and hold any deposit accounts (including checking, savings, money market, or other accounts) in the name of either Working Media Group Atlanta, LLC or Mavan Media, LLC (including, but not limited to Wells Fargo Bank account numbers ending in -17379 and -64064, and Bank of America account numbers ending in -2037 and -2029), such that their aggregate balance does not decline below the lesser of: (a) the amount held in such accounts as of the service of this Order, or (b) $139,926.15; and

5.  The Defendant is ordered to show this Court cause why any such property held by Bank of America and Wells Fargo should not be remitted to the custody of the Plaintiff as payment on the Judgment, and the Court will conduct an expedited hearing at a time that is mutually convenient for the Court, the Plaintiff and the Defendant.

| This Order has been signed electronically. The Judge's signature and Court's seal appear at the top of this Order. | United States Bankruptcy Court |
|---|---|

MWH: 10116.003; 00017665.1