B2640 (Form 2640) (12/15)

# United States Bankruptcy Court
__Western__ District Of __North Carolina__

In re __Redf Marketing, LLC__ ,
Debtor

Case No. __12-32462__

Chapter __11__

The Finley Group, Liquidating Agent for Redf Markting, LLC ,
Plaintiff

v.

Working Media Group Atlanta, LLC n/k/a Mavan Media, LLC ,
Defendant

Adv. Proc. No. __14-03145__

## WRIT OF EXECUTION TO THE UNITED STATES MARSHAL

Name and Address of Judgment Creditor
The Finley Group, Liquidating Agent
c/o Moon Wright & Houston, PLLC
121 W. Trade Street, Suite 1950
Charlotte, NC 28202

Amount of Judgment:
$ 139,140.56

Other Costs:
$ 785.59

vs.

Name and Address of Judgment Debtor
Working Media Group Atlanta, LLC
n/k/a Mavan Media, LLC
Lisa Holton, Registered Agent
1105 Lakewoos Parkway, Suite 475
Alpharetta, GA 30009

Date of Entry of Judgment:

2/23/2017

TO THE UNITED STATES MARSHAL FOR THE __Western__ DISTRICT OF __North Carolina__ :
You are directed to levy upon the property of the above named judgment debtor to satisfy a money judgment in accordance with the attached instructions.

TO THE JUDGMENT DEBTOR:
You are notified that federal and state exemptions may be available to you and that you have a right to seek a court order releasing as exempt any property specified in the marshal's schedule from the levy.

_July 17, 2017_
Date

_[signature]_
Clerk of the Bankruptcy Court

FILED & JUDGMENT ENTERED
Steven T. Salata

February 23 2017

Clerk, U.S. Bankruptcy Court
Western District of North Carolina

J. Craig Whitley
United States Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| In re:<br><br>REDF MARKETING, LLC,<br><br>    Debtor. | Chapter 11<br><br>Case No: 12-32462 |
| THE FINLEY GROUP, Liquidating Agent for REDF MARKETING, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>WORKING MEDIA GROUP ATLANTA, LLC,<br><br>    Defendant. | Adversary Proceeding No.: 14-03145 |

## JUDGMENT

Based on the findings and conclusions set forth in the *Order Granting Summary Judgment* entered on the docket contemporaneously herewith, The Finley Group, in its capacity as the liquidating agent for Redf Marketing, LLC shall have and recover judgment against Working Media Group Atlanta, LLC in the amount of $139,140.56, together with the costs incurred in bringing this

CERTIFIED TO BE A TRUE AND
CORRECT COPY OF THE ORIGINAL

JUN 23 2017

U.S. Bankruptcy Court
Western District of North Carolina
By: _____
         Deputy Clerk

1

action in the amount of $350.00. Post-judgment interest shall accrue on the above sums at the applicable judgment rate until paid in full.

**SO ORDERED**

| This Order has been signed electronically. The Judge's signature and Court's seal appear at the top of this Order. | | United States Bankruptcy Court |
|---|---|---|